ORIGINAL

EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA (3802)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: rachel.moriyama@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00729 SPK LEK |
| ) | |
| Plaintiff, ) | STIPULATION OF DISMISSAL WITH |
| ) | PREJUDICE; ORDER |
| v. ) | |
| ) | |
| RYAN INTERNATIONAL AIRLINES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff United States of America and Defendant Ryan International Airlines, Inc., by and through their respective counsel undersigned, that the above entitled action be dismissed with

//
//
//
//

prejudice, with each party to bear its own costs. There are no remaining claims or parties.

DATED: Honolulu, Hawaii, December 30, 2005.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
RACHEL S. MORIYAMA
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


_____
SCOTT J. GUNDERSON, ESQ.
Attorney for Defendant RYAN
INTERNATIONAL AIRLINES, INC.


APPROVED AND SO ORDERED:

_____
SAMUEL P. KING
United States District Judge


USA v. Ryan International Airlines, Inc.; Civil 04-00729 SPK LEK; "Stipulation of Dismissal With Prejudice; Order"

2